IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DARRELL K. WERNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:21-CV-1431-MAB[1] |
| | ) |
| GREGORY HACKER, | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the Court having been advised that the above action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated December 20, 2022, which reflects the parties' settlement (Doc. 54; *see also* Doc. 56), this matter is **DISMISSED with prejudice**, each party to bear their own costs, unless otherwise provided in the settlement documents.

DATED: April 21, 2023

                                                        **MONICA A. STUMP,**
                                                        **Clerk of Court**

                                                        BY:  /s/ Jennifer Jones
                                                                **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                      **MARK A. BEATTY**
                      **United States Magistrate Judge**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c) (*see* Doc. 16).